UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MARK FLYNN, WILLIAM HOWELL,
WILLIAM RYAN MOORE,

        Plaintiffs,

v.                              Case No. 5:19-CV-0867-JKP-ESC

SANCHEZ OIL & GAS CORPORATION,

        Defendant.

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the Court is Magistrate Judge Elizabeth S. Chestney's Report and Recommendation filed on February 27, 2020. ECF No. 60. Judge Chestney recommends that Cypress Environmental Management-TIR, LLC's ("TIR") Motion to Intervene and Supporting Brief (ECF No. 38) be denied. TIR timely filed objections to the Report and Recommendation (ECF No. 64) to which Flynn responded (ECF No. 65) and TIR replied (ECF No. 66).

The District Court has reviewed *de novo* those portions of the recommendation to which objection was made and reviewed the remaining portions for plain error. Finding no error, the Court **ACCEPTS** the Report and Recommendation of the United States Magistrate Judge.

It is **ORDERED** that Cypress Environmental Management-TIR, LLC's Motion to Intervene and Supporting Brief (ECF No. 38) is **DENIED**.

**It is so ORDERED this 7th day of April 2020.**

                                               **JASON PULLIAM**
                                               **UNITED STATES DISTRICT JUDGE**