UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MARK FLYNN, WILLIAM HOWELL, WILLIAM RYAN MOORE, JIMMY GONZALES, CHRISTOPHER BAKER, JOE BARRON, BILLY CALLAWAY, JOSEPH CIRILO, BLAKE PANKONIEN, JOSE RODRIGUEZ, JAMES STICH, PRESTON HOUSTON, DANIEL A. KASPER, JEFFREY HUTCHINSON, LEWIS COY, JONATHAN D. SMITH, BRIAN BAKER, CARROLL CHRISTOPHER, RUBEN ALMANZA, JACQUELINE BARRIENTOS, MAURO CADENA, ERIC G. ESTRADA, LAURO GUERRA, EUGENE LEWIS, LEONARD LOWE, DANIEL CANCINO,** | Case No.  SA-19-CV-00867-JKP |
| *Plaintiffs,* | |
| v. | |
| **SANCHEZ OIL & GAS CORPORATION,** | |
| *Defendant.* | |

### ORDER OF ADMINISTRATIVE CLOSURE

The parties informed the Court they have reached an agreement in principle to resolve this matter but need additional time to find resolution. *ECF No. 121*. The Court *sua sponte* considers whether the case is appropriate for administrative closure.

When a case such as this is subject to an indefinite stay, it is appropriate for administrative closure. *Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2004); *see also CitiFinancial Corp. v. Harrison*, 453 F.3d 245, 250 (5th Cir. 2006). The act of

administrative closure is not a dismissal or disposition of the case, nor any reflection or comment on the substantive merits. When further proceedings become necessary or desirable, any party may initiate such further proceedings by moving to reopen the case. The Court may initiate further proceedings as warranted. *See Mire*, 389 F.3d at 167.

Given the agreement in principle to resolve this case, the Court finds administrative closure is appropriate.

For the foregoing reasons, the Court **VACATES** all remaining deadlines and **DIRECTS** the Clerk of Court to administratively close this case pending further court order.

The Court **ORDERS** the parties to file a joint status report **every fourteen days** from the date of this Order indicating the status of negotiations and anticipated filing of case-closing documents. Such status report shall set out the parties' positions regarding whether this action may proceed at that time.

It is so ORDERED.
SIGNED this 14th day of September, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE