UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MARK FLYNN, WILLIAM HOWELL, WILLIAM RYAN MOORE, JIMMY GONZALES, CHRISTOPHER BAKER, JOE BARRON, BILLY CALLAWAY, JOSEPH CIRILO, BLAKE PANKONIEN, JOSE RODRIGUEZ, JAMES STICH, PRESTON HOUSTON, DANIEL A. KASPER, JEFFREY HUTCHINSON, LEWIS COY, JONATHAN D. SMITH, BRIAN BAKER, CARROLL CHRISTOPHER, RUBEN ALMANZA, JACQUELINE BARRIENTOS, MAURO CADENA, ERIC G. ESTRADA, LAURO GUERRA, EUGENE LEWIS, LEONARD LOWE, DANIEL CANCINO,

Case No. SA-19-CV-00867-JKP

*Plaintiffs*,

v.

SANCHEZ OIL & GAS CORPORATION,

*Defendant*.

## O R D E R

Pursuant to the Parties' Rule 41(a)(1)(ii) Stipulation of Dismissal with Prejudice (ECF No. 128), this case is **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

It is so ORDERED.
SIGNED this 20th day of March, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE